**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7932**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TRACY PETERSON,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:04-cr-00167-BO-4; 5:12-cv-00270-BO)

———————

Submitted: April 18, 2013        Decided: April 22, 2013

———————

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tracy Peterson, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Peterson appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Peterson</u>, Nos. 5:04-cr-00167-BO-4; 5:12-cv-00270-BO (E.D.N.C. Sept. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>